**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PECO PALLET, INC., | ) | Case No. 1:15-cv-06811 |
| Plaintiff, | ) ) ) | Honorable Judge Andrea R. Wood |
| v. | ) ) | Magistrate Judge Michael T. Mason |
| NORTHWEST PALLET SUPPLY CO., | ) ) ) | |
| Defendant. | ) ) ) | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NORTHWEST PALLET SUPPLY CO., | ) ) | Case No.: 3:15-cv-50182 |
| Plaintiff, | ) ) | Honorable Andrea R. Wood |
| v. | ) ) | Magistrate Judge Michael T. Mason |
| PECO PALLET, INC., | ) ) ) | |
| Defendant. | ) ) | |

## AMENDED JOINT AGREED PROPOSED SCHEDULE

PECO Pallet, Inc. ("PECO") and Northwest Pallet Supply Co. ("Northwest") (collectively "the Parties"), hereby respectfully request that this Court set the following deadlines in this case, including those for oral and expert discovery, dispositive motions, and trial. In support thereof, the Parties state as follows:

1. The Parties met and conferred and have agreed to the following:

Close of Oral Fact Discovery: December 22, 2017

Deadline for Expert Disclosures: January 22, 2018

Deadline for Rebuttal Expert Disclosures: February 19, 2018

1

Close of Expert Discovery: March 26, 2018

Deadline for Dispositive Motions: April 16, 2018

Deadline for Responses to Dispositive Motions: May 14, 2018

Deadline for Replies to Dispositive Motions: May 31, 2018

Trial: September 2018, or as soon thereafter as the Court's schedule allows

2. The Parties respectfully request that the Court enter a scheduling order reflecting these agreed-upon dates.

Respectfully submitted,

PECO Pallet, Inc.

By: /s/ Thomas G. Weber
Daniel D. Rubinstein
William C. O'Neil
Kathryn W. Bayer
Thomas G. Weber
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL  60601
(312) 558-5600

Northwest Pallet Supply Co.

By: /s/ David G. Wix  (with consent)
Daniel W. Tarpey
David G. Wix
Attorneys for Northwest Pallet Supply Co.
TARPEY WIX LLC
225. W. Wacker Dr., Suite 1515
Chicago, IL 60606
(312) 948-9090

## **CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing Amended Joint Agreed Proposed Schedule was served via CM/ECF upon the parties listed below on October 23, 2017.

>Daniel W. Tarpey
>David G. Wix
>Tarpey Wix LLC
>Attorneys for Northwest Pallet Supply Co.
>225 W. Wacker Dr., Suite 1515
>Chicago, IL 60606
>(312) 948-9090


By: /s/ Thomas G. Weber