IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PECO PALLET, INC. | ) | Case No. 1:15-cv-06811 |
| Plaintiff, | ) | Honorable Judge Andrea R. Wood |
| v. | ) | Magistrate Judge Michael T. Mason |
| NORTHWEST PALLET SUPPLY CO. Defendant. | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORTHWEST PALLET SUPPLY CO., | ) | Case No.: 3:15-cv-50182 |
| Plaintiff, | ) | |
| v. | ) | Honorable Andrea R. Wood Magistrate Judge Michael T. Mason |
| PECO PALLET, INC., | ) | |
| Defendant. | ) | |

**PECO'S MOTION TO WITHDRAW ITS MOTION FOR SANCTIONS
AGAINST NORTHWEST PALLET**

Plaintiff PECO Pallet, Inc. ("PECO") moves to withdraw the pending Motion for Sanctions Against Northwest (Dkt. No. 137). In support, PECO states as follows:

1. On July 11, 2017, PECO filed its Motion to Compel and for Sanctions Against Northwest. (Dkt. No. 137.) The Motion to Compel was granted without full briefing by the parties. The Motion for Sanctions is fully briefed and this Court heard oral argument on September 20, 2017. The Court has not yet ruled on the pending Motion for Sanctions.

2. PECO voluntarily withdraws the Motion for Sanctions.

WHEREFORE, Plaintiff PECO Pallet, Inc. respectfully requests that this Court withdraw its Motion for Sanctions Against Northwest.

Dated: November 8, 2017

Respectfully submitted,

**PECO PALLET, INC.**

By: /s/ Thomas G. Weber
Daniel D. Rubinstein
William C. O'Neil
Kathryn W. Bayer
Thomas G. Weber
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-5600

*Attorneys for PECO Pallet, Inc.*

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing was served via CM/ECF upon the parties listed below on November 8, 2017:

>Daniel W. Tarpey
>David G. Wix
>Matt Showel
>TARPEY WIX LLC
>225. W. Wacker Dr., Suite 1515
>Chicago, IL 60606
>(312) 948-9090
>
>*Attorneys for Northwest Pallet Supply Co.*

By: /s/ Thomas G. Weber