IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PECO PALLET, INC., | ) | |
| | ) | Case No.: 15-cv-6811 |
| Plaintiff, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | Case No.: 15-cv-50182 |
| Plaintiff, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| PECO PALLET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:   See attached Certificate of Service

PLEASE TAKE NOTICE that on Tuesday, November 28, 2017 at 9:00 a.m., or as soon thereafter as we may be heard, we shall appear before the Honorable Andrea R. Wood, or any judge sitting in her stead in room 1925 of the U.S. District Court of the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL, and shall present the following motion attached hereto: Northwest Pallet Supply Co.'s Motion for Extension of Time to Complete Oral Fact Discovery.

Dated:   November 17, 2017   Respectfully submitted,

/s/ David G. Wix
David G. Wix
Tarpey Wix LLC
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312) 948-9090
dwix@tarpeywix.com
*Attorney for Northwest Pallet Supply Co.*

## CERTIFICATE OF SERVICE

    I, undersigned attorney, hereby certify that on November 17, 2017, I electronically filed the Notice of Motion and Northwest Pallet Supply Co.'s Motion for Extension of Time to Complete Oral Fact Discovery with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              /s/ David G. Wix
                                              David G. Wix
                                              Tarpey Wix LLC
                                              225 W. Wacker Drive, Suite 1515
                                              Chicago, IL 60606
                                              (312) 948-9090
                                              dwix@tarpeywix.com
                                              *Attorney for Northwest Pallet Supply Co.*