IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PECO PALLET, INC., | ) | |
| | ) | Case No.: 15-cv-6811 |
| Plaintiff, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | Case No.: 15-cv-50182 |
| Plaintiff, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| PECO PALLET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NORTHWEST PALLET SUPPLY CO.'S
MOTION FOR LEAVE TO FILE MOTION TO COMPEL AND TO EXTEND
DISCOVERY FOR LIMITED PURPOSES UNDER SEAL**

Northwest Pallet Supply Co. ("Northwest Pallet"), through its counsel, Tarpey Wix LLC, respectfully moves this Court pursuant to Rule 26(c) and Local Rule 26.2 for leave to file its Motion to Compel and to Extend Discovery for Limited Purposes under seal. In support of this Motion, Northwest Pallet states as follows:

1. Northwest Pallet intends to file its Motion to Compel and to Extend Limited Discovery.

2. In order to apprise this Court of the basis for the Motion to Compel and to Extend Discovery for Limited Purposes and to provide a full explanation for why this Court should grant the Motion, Northwest Pallet feels compelled to discuss and explain certain communications,

deposition testimony, pleadings and documents that have been marked either "Confidential" or "Confidential – Attorneys' Eyes Only" under the Protective Order entered in this case. The Protective Order requires Northwest Pallet to obtain leave from this Court to file documents and deposition testimony with those designations with this Court.

3. Allowing Northwest Pallet to file its Motion to Compel and to Extend Discovery for Limited Purposes under seal will not prejudice either of the parties and will serve the interests of justice and equity in this matter.

WHEREFORE, for the foregoing reasons, Northwest Pallet Supply Co., respectfully requests leave of this Court to file its Motion to Compel and to Extend Discovery for Limited Purposes under seal and for any other relief this Court deems proper and just.

**DATED**: January 22, 2018

Respectfully submitted,

**Northwest Pallet Supply Co.**

/s/ David G. Wix
Tarpey Wix LLC
*Attorneys for Plaintiff*

Daniel W. Tarpey
David G. Wix
Matthew M. Showel
**TARPEY WIX LLC**
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312) 948-9090 Office
(312) 948-9105 Fax

# **CERTIFICATE OF SERVICE**

I, undersigned attorney, hereby certify that on January 22, 2018, I electronically filed Northwest Pallet Supply Co.'s Motion to For Leave to File its Motion to Compel and To Extend Discovery for Limited Purposes Under Seal with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ David G. Wix
David G. Wix
Tarpey Wix LLC
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312) 948-9090
dwix@tarpeywix.com
*Attorney for Plaintiff*