IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PECO PALLET, INC., | ) | |
| | ) | Case No.: 15-cv-6811 |
| Plaintiff, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | Case No.: 15-cv-50182 |
| Plaintiff, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| PECO PALLET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NORTHWEST PALLET'S MOTION FOR LEAVE TO FILE
SUPPLEMENTAL EXHIBITS
TO ITS MOTION TO COMPEL AND TO EXTEND
<u>DISCOVERY FOR LIMITED PURPOSES</u>**

Northwest Pallet Supply Co. ("Northwest Pallet"), through its counsel, Tarpey Wix LLC, for its Motion for Leave to File Supplemental Exhibits to its Motion to Compel and to Extend Discovery for Limited Purposes (Dkt. 173) states as follows:

1. In its Motion to Compel and to Extend Discovery for Limited Purposes (the "Motion to Compel"), Northwest Pallet referenced depositions and testimony of two employees of ███████████████████████████ Dkt. 173 at ¶ 25, fn. 1. ███████ is identified by PECO as a co-conspirator in its counterclaims against Northwest Pallet. Northwest Pallet stated that it would supply the Court with the relevant testimony once

the transcripts became available. *Id.* at n. 1. Northwest Pallet respectfully submits the attached excerpts of those depositions transcripts as Exhibits 16 and 17 to the Motion to Compel. Exhibit 16 is the Deposition of ███████, January 10, 2018. Exhibit 17 is the Deposition of ███████, January 10, 2018.

    2.    The relevant testimony in the ██████ Deposition appears in Exhibit 16 at pp. 83:12 – 87:15 ███████████████████████████████████████████████████ and pp. 105:23 -109:19 ███████████████████████████████████████████████████████████████████████████████████████████.

    3.    For example, regarding the Use Agreement, ███████████████████████████████████████████████████████████████ *Id.* at p. 108:7-9.

███████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████

        ███████████████████████████████████████

        ███████████████████████████████

        ██████

        ████████████████████

        ████████████████████████.

    5.    The relevant testimony in the ██████ Deposition appears in Exhibit 17 at pp. 10:23 – 13:24 █████████████████████████████████████████████████████████, p. 25:4 – 19 ███████████████████████████████████████████████████████████████, p. 27:10-17 █████████████████████████████████████████████, and p. 55:5-12 █████████████████████████████████████.

For example, 

.

WHEREFORE, for the foregoing reasons, Northwest Pallet Supply Co., respectfully requests leave to supplement the Motion to Compel with Exhibits 16 and 17 attached hereto and that the Court consider these Exhibits in ruling on the Motion to Compel.

**DATED**:  January 29, 2018

Respectfully submitted,

**Northwest Pallet Supply Co.**

 /s/ Daniel W. Tarpey
Tarpey Wix LLC
*Attorneys for Plaintiff*

Daniel W. Tarpey  
David G. Wix  
Matthew M. Showel  
**TARPEY WIX LLC**  
225 W. Wacker Drive, Suite 1515  
Chicago, IL 60606  
(312) 948-9090 Office  
(312) 948-9105 Fax

**CERTIFICATE OF SERVICE**

I, undersigned attorney, hereby certify that on January 29, 2018, I electronically filed Northwest Pallet's Motion for Leave to File Supplemental Exhibits to its Motion to Compel and to Extend Discovery for Limited Purposes with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

    /s/ David G. Wix
David G. Wix
Tarpey Wix LLC
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312) 948-9090
dwix@tarpeywix.com
*Attorneys for Northwest Pallet Supply Co.*