**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | Case No.: 3:15-cv-50182 |
| Plaintiff, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| PECO PALLET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PECO PALLET, INC., | ) | |
| | ) | Case No.: 1:15-cv-06811 |
| Plaintiff, | ) | |
| | ) | Honorable Andrea R. Wood |
| v. | ) | Magistrate Judge Michael T. Mason |
| | ) | |
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE PECO PALLET, INC.'S RESPONSE TO
NORTHWEST PALLET SUPPLY CO.'S MOTION TO COMPEL AND
TO EXTEND DISCOVERY FOR LIMITED PURPOSES UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 26(c), Local Rule 26.2, and the Court's January 20, 2016 Agreed Protective Order, PECO, by and through its attorneys, move this Honorable Court for leave to file PECO's Response to Northwest Pallet Supply Co.'s Motion to Compel and to Extend Discovery for Limited Purposes under seal. In support of this motion, PECO states as follows:

1. On January 20, 2016, this Court entered an Agreed Protective Order governing discovery in the above captioned case. Pursuant to Section 3 of the Agreed Protective Order, the

parties have designated certain documents as "Confidential-Subject to Protective Order" and "Confidential-Attorneys' Eyes Only."

2. PECO's Response quotes and references documents and testimony designated by Northwest, PECO, and/or a third-party as "Confidential-Subject to Protective Order" and/or "Confidential-Attorneys' Eyes Only" under the Protective Order.

3. Good cause exists for filing the Response under seal.

4. Placing certain sentences in PECO's Response under seal will not prejudice either of the parties, and will serve the interests of justice and equity in this case.

WHEREFORE, for the reasons stated above, PECO respectfully requests leave of this Court to file PECO's Response under seal.

Dated: January 31, 2018

Respectfully submitted,

PECO Pallet, Inc.

By: /s/ Thomas G. Weber
Daniel D. Rubinstein
William C. O'Neil
Kathryn W. Bayer
Thomas G. Weber
WINSTON & STRAWN LLP
35 West Wacker Dr.
Chicago, IL 60601
(312) 558-5600

*Attorneys for PECO Pallet, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that a copy of the foregoing was served via CM/ECF upon the parties listed below on January 31, 2018:

>Daniel W. Tarpey
>David G. Wix
>Matthew Showel
>TARPEY WIX LLC
>225. W. Wacker Dr., Suite 1515
>Chicago, IL 60606
>(312) 948-9090
>
>*Attorneys for Northwest Pallet Supply Co.*

By: /s/ Thomas G. Weber