# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

PECO Pallet, Inc.

                               Plaintiff,

v.                                                      Case No.: 1:15–cv–06811
                                                       Honorable Andrea R. Wood

Northwest Pallet Supply Co.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 14, 2018:

      MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Pursuant to the discussion held in open court, Defendant Northwest Pallet's motion to compel and to extend discovery for limited purposes [173] is granted in part as stated on the record. The case schedule is modified as follows: the parties shall file any dispositive motions by 5/30/2018; responses to dispositive motions shall be filed by 6/27/2018 and replies by 7/16/2018. The courtroom deputy will contact the parties to provide potential trial dates. Status hearing set for 4/24/2018 at 9:00 AM. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.