IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PECO PALLET, INC., | ) | |
| | ) | Case No.: 15-cv-6811 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| v. | ) | |
| | ) | |
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | | |
| NORTHWEST PALLET SUPPLY CO., | ) | |
| | ) | Case No.: 15-cv-50182 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Michael T. Mason |
| v. | ) | |
| | ) | |
| PECO PALLET, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**NORTHWEST PALLET'S MOTION TO
EXCLUDE THE TESTIMONY OF JONATHAN GURYAN**

For the reasons stated in its accompanying memorandum of law, incorporated herein, Northwest Pallet Supply Co. ("Northwest Pallet"), through its counsel, Tarpey Wix LLC, respectfully moves the Court to exclude the testimony of Dr. Jonathan Guryan at trial of this cause and for any other relief the Court deems just and proper.

**DATED**: June 20, 2018    Respectfully submitted,

**Northwest Pallet Supply Co.**

/s/ David G. Wix
One of its attorneys

Daniel W. Tarpey
David G. Wix
Matthew M. Showel
**TARPEY WIX LLC**
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312) 948-9090 Office
(312) 948-9105 Fax

**CERTIFICATE OF SERVICE**

I, undersigned attorney, hereby certify that on June 20, 2018, I electronically filed Northwest Pallet Supply Co.'s Motion to Exclude the Testimony of Jonathan Guryan with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ David G. Wix
David G. Wix
Tarpey Wix LLC
225 W. Wacker Drive, Suite 1515
Chicago, IL 60606
(312) 948-9090
dwix@tarpeywix.com
*Attorney for Northwest Pallet Supply Co.*

3