**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**

PECO Pallet Inc.

Plaintiff

v.

Northwest Pallet Supply Co.

Defendant

Case No.  15 C 6811
Judge Michael T. Mason

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐      in favor of plaintiff(s)
and against defendant(s)
in the amount of $       ,

         which ☐ includes     pre–judgment interest.
                        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐      in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒      other: Northwest Pallet Supply Co. shall recover from PECO Pallet, Inc. the amount of $6,276,762.20, plus post judgment interest as authorized under 28 U.S.C. 1961.

---

This action was (check one):

☒ tried by a jury with Judge Michael T. Mason presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date:  11/15/2018                 Thomas G. Bruton, Clerk of Court

                                     R. Franco, Deputy Clerk